Good morning, Your Honor. Good morning. My name is Paul Fangman, and I'm an Assistant State's Attorney with the Cook County State's Attorney's Office. In this matter, I represent the Sheriff of Cook County, Tom Dart. It's Fangman, F-A-N-G-M-A-N, Fangman.